UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
HENRY GOMEZ,

                          Plaintiff,                          ORDER

            -against-                                        12-CV-3885 (RLM)

MONARCH RECOVERY
MANAGEMENT, INC.,

                          Defendant.
-------------------------------------------------------------x

       According to a telephonic communication from defense counsel, the parties have agreed

in principle to settle this case.  Tomorrow's conference is cancelled.  They are directed to file

their stipulation of discontinuance by November 30, 2012.

       SO ORDERED.

Dated:   Brooklyn, New York
         November 1, 2012

                                        /s/ *Roanne L. Mann*
                                        ROANNE L. MANN
                                        UNITED STATES MAGISTRATE JUDGE