# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Henry Gomez,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>Monarch Recovery Management, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | Civil Action No.: 1:12-cv-03885 (BMC) |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Monarch Recovery Management, Inc. and DOES 1-10, inclusive, with prejudice and without costs to any party.

| Henry Gomez | Monarch Recovery Management, Inc. |
|---|---|
| /s/ Stephen Taylor<br>Stephen Taylor, Esq.<br>LEMBERG & ASSOCIATES<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>(203) 653-2250<br>Attorney for Plaintiff | /s/ Kevin McHugh<br>Kevin Barry McHugh<br>Law Offices of Edward Garfinkel<br>12 Metrotech Center, 28th Floor<br>Brooklyn, New York 11201<br>(718) 250-1100<br>Attorney for Defendant |

SO ORDERED

SO ORDERED:
/s/
*Roanne L. Mann*
*U.S. Magistrate Judge*
Dated: 1/28/13